No.

SEALED BY ORDER OF COURT

CR 10  C0931 LHK

FILED PSG

# UNITED STATES DISTRICT COURT

2010 DEC 22  P 1: 32

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

### *SAN JOSE DIVISION*

---

## THE UNITED STATES OF AMERICA

### *vs.*

### CLAY H. ROJAS, WILLIAM "BILLY" BETTENCOURT,

#### and VIVIANA V. RODRIGUEZ

---

# INDICTMENT

## *SEE ATTACHMENT*

---

*A true bill.*

*Foreperson*

Filed in open court this ___22___ day of ___Dec.  2010___

*A.D. 2010*

UNITED STATES MAGISTRATE JUDGE

---

Bail. $ _no bail arrest warrant_



**ATTACHMENT TO INDICTMENT COVER**
**U.S.**

**v.**

**CLAY H. ROJAS, WILLIAM "BILLY" BETTENCOURT,**
**and VIVIANA V. RODRIGUEZ,**

**COUNT ONE**: 18 U.S.C. § 1349-Conspiracy to Commit Honest Services Fraud. (All Defendents)

**COUNT TWO THROUGH SIX**: 18 U.S.C. §§ 1343 and 1346- Honest Services Fraud,
18 U.S.C. § 2-Aiding and Abetting. ( Bettencourt and Rojas)

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2



3



4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,         )
                                       )
13         Plaintiff,                  )
                                       )   VIOLATIONS: 18 U.S.C. § 1349 –
14     v.                              )   Conspiracy to Commit Honest Services
                                       )   Fraud; 18 U.S.C. §§ 1343 and 1346 –
15  CLAY H. ROJAS,                     )   Honest Services Fraud; 18 U.S.C. § 2 –
    WILLIAM "BILLY" BETTENCOURT, and   )   Aiding and Abetting
16  VIVIANA V. RODRIGUEZ,              )
                                       )
17         Defendants.                 )
                                       )
18  _____)

19                     I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Honest Services Fraud)

22     A. INTRODUCTORY ALLEGATIONS

23     At all times relevant to this Indictment:

24         1.     Clay H. Rojas was an officer of the Santa Clara Police Department.  As a sworn

25  peace officer, Rojas owed a duty to provide honest services to the Santa Clara Police Department

26  and to the taxpayers of the City of Santa Clara.

27         2.     William "Billy" Bettencourt was affiliated with the Hells Angels Motorcycle

28  Club, in its Santa Cruz chapter.  Bettencourt's affiliation changed from prospect to member of

**INDICTMENT**

                                       1

1   the Hells Angels in August 2010.  Bettencourt lived and worked in the Northern District of

2   California.

3          3.     Viviana V. Rodriguez was a coworker and associate of Bettencourt.

4       B.  THE OBJECTS OF THE CONSPIRACY

5          4.     Beginning on a date unknown to the Grand Jury, but no later than July 9, 2010,

6   and continuing until October 14, 2010, in the Northern District of California, and elsewhere, the

7   defendants,

8                          CLAY H. ROJAS,
                   WILLIAM "BILLY" BETTENCOURT, and
9                       VIVIANA V. RODRIGUEZ,

10  did knowingly conspire and agree with each other to execute, and to attempt to execute, a

11  material scheme and artifice to defraud the People of the City of Santa Clara, California, and the

12  Santa Clara Police Department of the intangible right to the honest services of Rojas, and, for the

13  purpose of executing such scheme and artifice and attempting to do so, did knowingly transmit,

14  and cause to be transmitted, by wire and radio communications in interstate commerce, certain

15  writings, signs, signals, pictures, to wit, SMS text messages, in violation of Title 18, United

16  States Code, Sections 1343 and 1346.

17                         **The Scheme to Defraud**

18         5.     The scheme consisted of Rojas providing confidential law enforcement

19  information to Bettencourt in exchange for Bettencourt's forbearance on a debt Rojas owed to

20  him.  Rojas provided confidential criminal history and motor vehicle information to Bettencourt

21  in exchange for extensions of time to repay Rojas' debt to Bettencourt.  For her part, Rodriguez

22  asked Bettencourt to obtain certain confidential criminal history and motor vehicle information

23  for her, knowing when she did so that the information she was requesting was restricted, that

24  Bettencourt was not entitled to obtain it, and therefore that any effort by him to do so on her

25  behalf would necessarily be by unlawful means.

26      C.  THE MANNER AND MEANS OF THE CONSPIRACY

27         6.     The objects of the conspiracy were carried out, in substance, as follows:

28             a.     Rojas was employed by the Santa Clara Police Department as a sworn

INDICTMENT

1   peace officer. In that capacity, Rojas had access to certain computer databases that contained

2   information regarding individuals' criminal histories, active arrest warrants, and driver's license

3   information, including motor vehicle registration and addresses.  Access to these databases, and

4   the use of the information contained therein, was restricted to official users acting within the

5   scope of their official duties.

6           b.      On a number of occasions, beginning no later than July 9, 2010, Rojas,

7   acting at the request of Bettencourt, used those databases, and caused other persons to use them,

8   to retrieve confidential criminal history and motor vehicle information as to specific persons and

9   license plate numbers. Rojas then provided that information to Bettencourt.  Bettencourt was not

10  authorized to obtain or receive confidential law enforcement or motor vehicle information.

11          c.      Rodriguez knowingly participated in the scheme by requesting confidential

12  criminal history and motor vehicle information from Bettencourt.  Rodriguez requested that

13  information knowing full well that Bettencourt was not legally allowed to obtain it, and only after

14  Rodriguez had tried and failed to obtain the information using lawful means.

15          d.      Bettencourt induced Rojas to obtain confidential criminal history and

16  motor vehicle information by giving Rojas money in the form of a "loan."  Bettencourt then

17  requested and received confidential information from Rojas, in lieu of money, in return for an

18  extension on repaying that financial obligation.

19                                      **Interstate Nexus**

20          7.      The computer databases accessed or caused to be accessed by Rojas were through

21  the California Law Enforcement Telecommunications System (CLETS), or Santa Clara Law

22  Enforcement Telecommunication System (SLETS).  The databases accessed through

23  CLETS/SLETS included systems maintained in Sacramento by the California Department of

24  Justice, including (1) California Department of Motor Vehicles (CA DMV), (2) Wanted Person

25  System (WPS), (3) local databases maintained in Santa Clara County, such as Criminal Justice

26  Information Control (CJIC), and Alameda County Warrant System (AWS), among others, as

27  well as (4) the National Crime Information Center (NCIC), a database maintained by the FBI as

28  part of the Criminal Justice Information System (CJIS) maintained in Clarksburg, West Virginia.

INDICTMENT

3

8.     The defendants communicated, among other ways, through Short Message System (SMS) text messaging.  SMS text messaging allows users to send and receive text messages of up to 160 alphanumeric characters on a handset.  Those messages are delivered using radio waves transmitted over an interstate cellular network facility.

9.     Bettencourt subscribed to cellular telephone service through the AT&T cellular network, which has its SMS servers in the State of Washington.  As a result, any SMS text message sent to or from Bettencourt in California would cause a radio communication to be transmitted between the states of California and Washington.

All in violation of Title 18, United States Code, Sections 1349, 1343, and 1346.

COUNTS TWO THROUGH SIX:     18 U.S.C. §§ 1343 and 1346 – Honest Services Fraud, 18 U.S.C. § 2 – Aiding and Abetting

10.     The factual allegations set forth in paragraphs one through nine are realleged and incorporated as if fully set forth here.

11.     Beginning on a date unknown to the Grand Jury, but no later than July 9, 2010, and continuing until October 14, 2010, in the Northern District of California and elsewhere, the defendants named in each of counts Two through Six below, having devised and intending to devise a material scheme and artifice to defraud the People of the City of Santa Clara, California, and the Santa Clara Police Department of the intangible right to the honest services of Rojas, did, for the purpose of executing said scheme and artifice, knowingly transmit, and cause to be transmitted, by means of wire and radio communications in interstate commerce, the wire and radio communications identified below:

//
//
//
//
//

INDICTMENT

4

| COUNT | DATE | DEFENDANTS | WIRE or RADIO COMMUNICATION |
|---|---|---|---|
| Two | 7/9/2010 | Bettencourt Rojas | Query sent from California using the National Crime Information Center (NCIC) for criminal history information regarding Bettencourt. |
| Three | 8/16/2010 | Bettencourt Rojas | SMS text message using AT&T from Bettencourt to Rojas stating, "$?" |
| Four | 8/19/2010 | Bettencourt Rojas | SMS text message using AT&T from Bettencourt to Rojas stating, "I'm done. Can u r my name and check status? Yhank u." |
| Five | 8/19/2010 | Bettencourt Rojas | SMS text message using AT&T from Rojas to Bettencourt stating, "2005 chrysler registered to [S.W.] out of Sacramento." |
| Six | 9/3/2010 | Bettencourt Rojas | Query sent from California using the National Crime Information Center (NCIC) for criminal history information regarding person identified in this indictment by the initials, C.C. |

All in violation of Title 18, United States Code, Sections 1343 and 1346, and

18 U.S.C. § 2.

DATED: 12-22-10

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY
Chief, San Jose Branch

(Approved as to form: _____)
AUSA DANIEL R. KALEBA

**INDICTMENT**

5

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF COURT**

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─ Name of District Court, and/or Judge/Magistrate Location ─
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
2010 DEC 22

**OFFENSE CHARGED**

Count One: 18 U.S.C. § 1349-Conspiracy to Commit Honest Services Fraud
Count Two Through Six: 18 U.S.C. §§ 1343 and 1346- Honest Services Fraud, 18 U.S.C. § 2-Aiding and Abetting.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   20 years imprisonment per count
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**
▶ CLARK ROJAS

**DISTRICT COURT NUMBER**
00931

PSG
LHK

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

CR10

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

S/A Scott Medeiras, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA DANIEL KALEBA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2010 DEC 22  P 1:33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

---

**OFFENSE CHARGED**

Count One: 18 U.S.C. § 1349-Conspiracy to Commit Honest Services Fraud
Count Two Through Six: 18 U.S.C. §§ 1343 and 1346- Honest Services Fraud, 18 U.S.C. § 2-Aiding and Abetting.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   20 years imprisonment per count
$250,000 fine
3 years supervised release
$100 special assessment

CR10    00931    PSG    LHK

**DEFENDANT - U.S**

► WILLIAM "BILLY" BETTENCOURT

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

S/A Scott Medeiras, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE        } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant        } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form    Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA DANIEL KALEBA

---

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No     } If "Yes" give date filed

DATE OF ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments:

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

SEALED BY ORDER
OF COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

FILED

2010 DEC 22  P 1:33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
U.S. DIST. CT. NO. DIST. OF CA. S.J.

— OFFENSE CHARGED —

Count One: 18 U.S.C. § 1349-Conspiracy to Commit Honest Services Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years imprisonment per count,
$250,000 fine
3 years supervised release
$100 special assessment

— DEFENDANT - U.S —

▶ VIVIANA V. RODRIGUEZ

DISTRICT COURT NUMBER

CR10  00931  LHK  PSG

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

S/A Scott Medeiras, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  } SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form     Melinda Haag

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     AUSA DANIEL KALEBA

— DEFENDANT —

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes  If "Yes"
been filed?  ☐ No  } give date filed

DATE OF
ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____