1  LUPE MARTINEZ, CSBN 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  TEL: (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5
   Attorney for Defendant
6  Viviana Rodriguez

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )
                                       )   No. CR 10-00931LKH (PSG)
13                      Plaintiff,     )
                                       )   STIPULATION TO RESCHEDULE
14       v.                            )   HEARING ON SEVERANCE
                                       )   MOTIONS FROM 10:00 A.M. TO
15                                     )   3:30 P.M. ON APRIL 27, 2011
                                       )
16  VIVIANA RODRIGUEZ,                 )   [PROPOSED] ORDER
                                       )
17                      Defendant.     )   **Honorable Lucy H. Koh**
                                           United States District Judge

18

19       Defendant Viviana Rodriguez, defendant Clay H. Rojas and the government through

    their respective counsel Lupe Martinez, Daniel Jensen and Assistant United States Attorney
20
    Daniel Kaleba hereby stipulate that the hearing on the motion for severance of defendants for
21
    trial set for April 27, 2011 at 10:00 a.m. may be rescheduled on the same date at 3:30 p.m. to
22
    accommodate defense counsel Lupe Martinez's trial schedule in *United States v. Angel*
23
    *Guevara*, CR 08-730-WHA.
24
         So Stipulated.
25

26
    Stipulation and ~~Proposed~~
    Order Modifying Release
    Conditions
                                         - 1 -

Date: April 22, 2011

Date: April 22, 2011

s/s Lupe Martinez

s/s Daniel Kaleba

LUPE MARTINEZ
Attorney for Defendant
Viviana Rodriguez

DANIEL KALEBA
Assistant United States Attorney

s/s Daniel Jensen

DANIEL JENSEN
Attorney for Defendant
Clay Rojas

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the hearing on severance motions is rescheduled from 10:00 a.m. to 3:30 p.m. on April 27, 2011.

Dated: April_____25_____, 2011

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge

Stipulation and ~~Proposed~~
Order Modifying Release
Conditions

- 2 -