UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-00931-LHK |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO FILE UNDER SEAL |
| v. | |
| CLAY H. ROJAS, ET AL., | |
| Defendants. | |

Plaintiff has filed: (1) an "Application to Seal Motion and Declaration;" and (2) a "Motion for Order Regarding Lodging Government Exhibits 10, 11, and 12." Defendant does not oppose either motion. Civil Local Rule 79-5, incorporated into the Criminal Local Rules under Rule 55-1, provides that "[n]o document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of the particular document, or the portions thereof." In addition, requests to file documents under seal must be made by an administrative motion, accompanied by a declaration that the document in question, or portions thereof, is sealable. Civ. L.R. 79-5(b).

Under Local Rule 79-5, Plaintiff's "Application to Seal Motion" and accompanying declaration are not themselves sealable. Accordingly, the motion to seal is DENIED with respect to Plaintiff's motion itself and the accompanying declaration. Plaintiff shall file and serve a copy of the "Application to Seal Motion and Declaration."

1

Case No.: 10-CR-00931-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO FILE UNDER SEAL

However, good cause does exist to seal the unredacted versions of Exhibits 10, 11, and 12, as those Exhibits contain sealable information, i.e., information that is "privileged or protectable as a trade secret or otherwise entitled protection under the law." Civ. L.R. 79-5(a). The sealable information relates to personally identifying non-public information. Plaintiff need not lodge the redacted copies of Exhibits 10, 11, and 12, as Plaintiff has already lodged the unredacted copies with the Court. Accordingly, the unredacted copies of Exhibits 10, 11 and 12 shall be maintained under seal, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: July 25, 2011

_____
LUCY H. KOH
United States District Judge