IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAY H. ROJAS,<br><br>  Defendants. | CASE NO.: CR-10-00931-01 LHK<br><br>**STIPULATION AND ORDER RE: TRIAL EXHIBITS** |

It is hereby stipulated that the trial exhibits in the above-entitled case may be returned to counsel, and all exhibits will be kept by counsel or its designates, including the Federal Bureau of Investigation, until or unless an appeal is filed.

Should an appeal be filed counsel are to deliver the exhibits to the Ninth Circuit Court of Appeals upon request by the Clerk's Office of that court.

Dated: _____     /S/ _____
                            DANIEL KALEBA
                            Counsel for UNITED STATES

Dated: _____     /S/ _____
                            DANIEL JENSEN
                            Counsel for CLAY ROJAS

IT IS SO ORDERED.

Dated: August 22, 2011     _Lucy H. Koh_ _____
                            LUCY H. KOH
                            United States District Judge